Soroudi v Yorkroad Assoc. LLC (2024 NY Slip Op 51283(U))

[*1]

Soroudi v Yorkroad Assoc. LLC

2024 NY Slip Op 51283(U)

Decided on September 16, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 16, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570252/24

Mehran Soroudi, Plaintiff-Appellant,
against
Yorkroad Associates LLC and Samy Marelli, Defendants-Respondents.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Aija Tingling, J.), entered December 21, 2022, after trial, in favor of defendants dismissing the action.

Per Curiam.
Order (Aija Tingling, J.), entered December 21, 2022, affirmed, without costs.
Plaintiff commenced this Small Claims action to recover for property damage allegedly sustained to his vehicles which were parked in a garage in a residential building owned by defendant Yorkroad Associates LLC. The evidence at trial established that the garage did not have any parking attendants; plaintiff personally drove in and out of the garage; parked his own vehicles in the garage, and always retained the car keys. No bailment was created by the parking arrangement depicted in the record (see Ellish v Airport Parking Co. Of Am, 42 AD2d 174, 178 [1973], affd 34 NY2d 882 [1974]; Burke v Riverbay Corp., 25 Misc 3d 139[A], 2009 NY Slip Op 52386[U] [App Term, 1st Dept 2009]) and, absent competent proof of negligence, defendants are not liable for the damage to plaintiff's vehicles (see Hutton v Esplanade Gardens, Inc., 25 Misc 3d 132[A], 2009 NY Slip Op 52145[U] [App Term, 1st Dept 2009]). Dismissal of the action thus achieved substantial justice consistent with substantive law principles (see CCA 1807).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2024